**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-6426

---

JESS WHITE,

Plaintiff - Appellant,

versus

ALVARO NIVARDO PAZ, Doctor; SHERYL RICHERSON,
Head Nurse at Mount Olive Correctional Center;
CORRECTIONAL MEDICAL SERVICES, Mount Olive
Correctional Center; JAMES J. HAWKINS; HOWARD
H. PAINTER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Robert C. Chambers, District Judge. (CA-99-1152-5)

---

Submitted: September 8, 2000      Decided: September 15, 2000

---

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jess White, Appellant Pro Se. Charles Patrick Houdyschell, Jr., WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jess White, a West Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See White v. Paz, No. CA-99-1152-5 (S.D.W. Va. Mar. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2